AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ORVILLE MOE,

           Plaintiff,

           v.

BARRY W. DAVIDSON, Receiver for Washington Motorsports Limited Partnership and individually; ANNETTE PLESE, Superior Court Judge individually, et al.,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-189-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled action is dismissed without prejudice.

April 17, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb